| | |
|---|---|
| 1 | Rex B. Stratton, WSBA No. 1913 |
| 2 | Patrick H. Ballew, WSBA No. 16939 |
|   | STRATTON BALLEW PLLC |
| 3 | 1411 Fourth Avenue, Suite 850 |
| 4 | Seattle, Washington 98101 |
|   | (206) 682-1496 |
| 5 | |
| 6 | Attorneys for Plaintiffs |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 09 2004

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

STARK BROTHERS NURSERIES AND ORCHARDS COMPANY, an Illinois corporation; VAN WELL NURSERY, INC., a Washington corporation; WILLOW DRIVE NURSERY, INC., a Washington corporation;

Plaintiffs,

v.

BENTON COUNTY PARCEL NO. 1-1695-1000-002-000; BENTON COUNTY PARCEL NO. 1-1695-10111-47002; BENTON COUNTY PARCEL NO. 1-1695-40107-35002; BENTON COUNTY PARCEL NO. 1-1695-40108-87002; BENTON COUNTY PARCEL NO. 1-2195-1000-002-000; BENTON COUNTY PARCEL NO. 1-3205-300-0001-000; PEOPLES BENEFIT LIFE INSURANCE CO., an Iowa corporation; U.S. BANK NATIONAL ASSOCIATION. a national banking association; and WILLIAM GOBLE, an individual,

Defendants.

CV-04-465-AAM

CAUSE NO.

COMPLAINT FOR PLANT PATENT AND TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, UNFAIR COMPETITION, AND EQUITABLE RELIEF

COMPLAINT FOR PLANT PATENT AND TRADEMARK INFRINGEMENT, COUNTERFEITING, FALSE DESIGNATION OF ORIGIN, UNFAIR COMPETITION, AND EQUITABLE RELIEF
Page 1 of 14

STRATTON BALLEW PLLC
1411 FOURTH AVE. STE. 850
SEATTLE, WASHINGTON 98101
TEL: (206) 682-1496 • FAX: (206) 682-0446

Stark Brothers Nurseries and Orchards Company, an Illinois corporation, Van Well Nursery, Inc., a Washington corporation, and Willow Drive Nursery, Inc., a Washington corporation, allege:

## NATURE OF THE ACTION

1. Plaintiffs' claims arise under:

    1.1. The Patent Act of the United States, 35 U.S.C. § 101 *et seq.*, for plant patent infringement.

    1.2. The Lanham Act, 15 U.S.C. § 1051 *et seq.*, for trademark infringement, counterfeiting, false designation of origin, and unfair competition.

    1.3. The Washington Consumer Protection Act, RCW 19.86.010. *et seq.*, for unfair acts and practices.

Plaintiffs seek equitable relief, damages, enhanced damages, costs of suit and reasonable attorney's fees as allowed under federal and state law.

## PARTIES

2. Plaintiffs are:

    3.1 Stark Brothers Nurseries and Orchards Company (***Stark Brothers***), an Illinois corporation, with its principal place of business at Louisiana, Missouri.

COMPLAINT FOR PLANT PATENT AND TRADEMARK INFRINGEMENT, COUNTERFEITING, FALSE DESIGNATION OF ORIGIN, UNFAIR COMPETITION, AND EQUITABLE RELIEF
Page 2 of 14

**STRATTON BALLEW** PLLC
1411 FOURTH AVE. STE. 850
SEATTLE, WASHINGTON 98101
TEL: (206) 682-1496 • FAX: (206) 682-0446

3.2 Van Well Nursery, Inc. (***Van Well***), a Washington corporation, with its principal place of business at Wenatchee, Washington.

3.3 Willow Drive Nursery, Inc. (***Willow Drive***), a Washington corporation, with its principal place of business at Ephrata, Washington.

3. Defendants are:

3.1. Benson County Parcel No. 1-1695-1000-002-000, real property situated in Benson County, Washington (***Property***). This action seeks *in rem* equitable relief against infringing trees growing on said real property.

3.2. Benson County Parcel No. 1-1695-10111-47002, real property situated in Benson County, Washington (***Property***). This action seeks *in rem* equitable relief against infringing trees growing on said real property.

3.3. Benson County Parcel No. 1-1695-40107-35002, real property situated in Benson County, Washington (***Property***). This action seeks *in rem* equitable relief against infringing trees growing on said real property.

3.4. Benson County Parcel No. 1-1695-40108-87002, real property situated in Benson County, Washington (***Property***). This action seeks *in rem* equitable relief against infringing trees growing on said real property.

3.5. Benson County Parcel No. 1-2195-1000-002-000, real property situated in Benson County, Washington (***Property***). This action seeks *in rem* equitable relief against infringing trees growing on said real property.

COMPLAINT FOR PLANT PATENT AND TRADEMARK INFRINGEMENT, COUNTERFEITING, FALSE DESIGNATION OF ORIGIN, UNFAIR COMPETITION, AND EQUITABLE RELIEF
Page 3 of 14

**STRATTON BALLEW** PLLC
1411 FOURTH AVE. STE. 850
SEATTLE, WASHINGTON 98101
TEL: (206) 682-1496 • FAX: (206) 682-0446

3.6. Benson County Parcel No. 1-3205-300-0001-000, real property situated in Benson County, Washington (**Property**). This action seeks *in rem* equitable relief against infringing trees growing on said real property.

3.7. Peoples Benefit Life Insurance Co., (**Peoples**), an Iowa corporation, with its principal place of business in Cedar Rapids, Iowa.

3.8. U.S. Bank National Association (**U.S. Bank**), a federally chartered banking association, which has its principal place of business in Cincinnati, Ohio. U.S. Bank is the successor in interest by merger to U.S. Bank of Washington, N.A., West One Bank, a Washington state banking corporation and Yakima Valley Bank, a Washington state banking corporation. U.S. Bank maintains 196 offices in the state of Washington, including the Eastern District of Washington. U.S. Bank continues to claim an interest in the real property that is the subject matter of this litigation and is therefore named as a party defendant.

3.9. William Goble (**Goble**), an individual, residing in Benton County, Washington and the owner of record of the Property against which this action is asserted. No claims for relief are asserted against Mr. Goble. All Claims being made are against the property for the destruction of infringing trees and are for post petition conduct by the secured lenders seeking to foreclose mortgage interests in the property subject to suit herein. Mr. Goble is named solely as the owner of record of the property; the same having been abandoned by the

COMPLAINT FOR PLANT PATENT AND TRADEMARK INFRINGEMENT, COUNTERFEITING, FALSE DESIGNATION OF ORIGIN, UNFAIR COMPETITION, AND EQUITABLE RELIEF
Page 4 of 14

**STRATTON BALLEW** PLLC
1411 FOURTH AVE. STE. 850
SEATTLE, WASHINGTON 98101
TEL: (206) 682-1496 • FAX: (206) 682-0446

Bankruptcy Estate in *In re Goble*, Eastern District of Washington Bankruptcy No. 03-01918-R21.

## JURISDICTION AND VENUE

4. Plaintiffs' claims arise under the laws of the United States related to plant patents (35 U.S.C. § 161 *et seq.*), the Lanham Act (15 U.S.C. § 1051 *et seq.*) and Washington state unfair business practices (R.C.W. 19.86.010 *et seq.*).

5. This court has original jurisdiction of this action under Title 28 U.S.C. §§ 1331, 1338(a), and 1338(b) and supplemental or pendant jurisdiction over the remaining claims under 28 U.S.C. § 1367(a).

6. This Court has personal jurisdiction over Defendants by reason of the transaction of business in the State of Washington.

7. The claims for relief under Washington State law are joined as substantial and related claims; accordingly, subject matter jurisdiction for these claims for relief is conferred on this Court pursuant to the doctrines of pendant, ancillary, and supplemental jurisdiction.

8. Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c), 28 U.S.C. § 1400(b), and RCW 4.28.185(1)(a) and (b).

COMPLAINT FOR PLANT PATENT AND TRADEMARK INFRINGEMENT, COUNTERFEITING, FALSE DESIGNATION OF ORIGIN, UNFAIR COMPETITION, AND EQUITABLE RELIEF
Page 5 of 14

**STRATTON BALLEW** PLLC
1411 FOURTH AVE. STE. 850
SEATTLE, WASHINGTON 98101
TEL: (206) 682-1496 • FAX: (206) 682-0446

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

9.  Plaintiffs are the owners, or exclusive licensees, of the plant patents and/or trademarks identified and described on Schedule A to this Complaint.

10. On information and belief, Defendant Goble owns the Property; and the Bankruptcy Court has ordered that the Property be abandoned and therefore title is held by Goble outside of bankruptcy.

11. On information and belief, as a result of the entry of the Notice of Abandonment, a copy of which is annexed hereto as Appendix 1 for purposes of reference, Defendant Peoples, through its mortgage agreement with Goble, controls the day-to-day farming activities of the Property, and has direct liability for acts of infringement and indirect liability for inducement and contributory infringement.

12. On information and belief, U.S. Bank continues to claim an interest in the property that is the subject of this litigation through its own motion for leave from the automatic stay to proceeding against the assets of the Goble estate. Please see Appendix 2 attached hereto.

13. On information and belief, the Property is planted with a number of commercial fruit trees infringing at least one plant patent or trademark identified on Schedule A.

COMPLAINT FOR PLANT PATENT AND TRADEMARK INFRINGEMENT, COUNTERFEITING, FALSE DESIGNATION OF ORIGIN, UNFAIR COMPETITION, AND EQUITABLE RELIEF
Page 6 of 14

**STRATTON BALLEW** PLLC
1411 FOURTH AVE. STE. 850
SEATTLE, WASHINGTON 98101
TEL: (206) 682-1496 • FAX: (206) 682-0446

14. Peoples, or a predecessor-in-interest, loaned monies to Goble secured by the real property and the trees that infringe the intellectual property in suit in this litigation.

15. The claim of an interest in the Property by Defendants Peoples and U.S. Bank through a recorded mortgage and perfected security interest in trees that infringe intellectual property in suit herein, and the use of those trees to accomplish the purpose of securing Goble's debt to the Defendant and as collateral for loans or other extensions of credit to Goble, constitute a use in commerce and, therefore, an act of direct infringement under the patent and trademark laws of the United States.

16. Further, a security interest in infringing trees is invalid and in contravention of federal law. Any act to enforce the security interest held by Defendant Peoples or U.S. Bank is inimical to the rights of the owner of the trademark to police its mark and to assure the quality of products bearing the mark

17. Defendants Peoples and U.S. Bank fostered, promoted and preserved the continuation of infringement by Goble of the intellectual property that is asserted herein by providing financing to Goble to farm the infringing trees. Defendant Peoples and U.S. Bank thereby aided, abetted, contributed to and induced the continuing infringement of plant patents and trademarks issued by the United States of America in violation of 35 U.S.C. § 271 and 15 U.S.C. § 1114 and of the State of Washington in violation of RCW 19.86.020.

COMPLAINT FOR PLANT PATENT AND TRADEMARK INFRINGEMENT, COUNTERFEITING, FALSE DESIGNATION OF ORIGIN, UNFAIR COMPETITION, AND EQUITABLE RELIEF
Page 7 of 14

STRATTON BALLEW PLLC
1411 FOURTH AVE. STE. 850
SEATTLE, WASHINGTON 98101
TEL: (206) 682-1496 • FAX: (206) 682-0446

18. On information and belief, Goble neither has, nor at any time had, a license to make, use, or sell or offer to sell (i.e. farm) trees that are covered by the plant patent or patents identified on Schedule A.

19. On information and belief, Goble had no license to use in commerce the trademark(s) identified on Schedule A, and that the use of the trademark(s) by Defendants is likely to cause confusion, or mistake, or to deceive with respect to the trademark(s) identified on Schedule A, or is likely to cause confusion or to deceive as the affiliation, connection or association with licensed trees, or as to the origin, sponsorship or approval of the plantings by nurseries holding said marks.

20. Plaintiffs further believe, and therefore allege, that Peoples and U.S. Bank, as the secured creditors, knowingly extended or continued to extend credit to Goble claiming a security in the land and plants thereon which infringe the rights held by Plaintiffs.

21. Plaintiffs seek from Defendant Peoples, but not from Goble or U.S. Bank, damages in the amount of at least $6.50 per tree as lost profits for each tree identified herein that infringe either the patent(s) or trademark(s) asserted herein.

22. Plaintiffs believe, and therefore allege, that the infringement of Defendant Peoples is willful and that Plaintiffs are entitled to, and therefore request, that this Court declare that this case is exceptional as provided in 37 U.S.C. § 284 and 285 and 15 U.S.C. § 1117 and award enhanced damages,

COMPLAINT FOR PLANT PATENT AND TRADEMARK INFRINGEMENT, COUNTERFEITING, FALSE DESIGNATION OF ORIGIN, UNFAIR COMPETITION, AND EQUITABLE RELIEF
Page 8 of 14

STRATTON BALLEW PLLC
1411 FOURTH AVE. STE. 850
SEATTLE, WASHINGTON 98101
TEL: (206) 682-1496 • FAX: (206) 682-0446

Plaintiffs' attorney's fees incurred herein and the costs of suit, as against Defendant Peoples.

## FIRST CLAIM FOR RELIEF
### Infringement of Plant Patents

23. Defendants have infringed and continue to infringe directly, contributorily, and/or by inducement, the claims of Plant Patents identified on Schedule A, or other patents in plants, by asexually propagating, using, offering for sale, selling, or importing plants embodying patented plants.

24. Plaintiffs have been and continue to be damaged by the acts of Defendant Peoples in such amounts as may be proven at trial, but in no event less than $6.50 per tree for each infringing tree being farmed on the Property.

25. The acts of patent infringement are willful.

26. Plaintiffs are entitled to an award of lost profits against Defendant Peoples and injunctive relief in the form of destruction of infringing trees, as to all Defendants.

## SECOND CLAIM FOR RELIEF
### Trademark Infringement and False Designation of Origin

27. Defendants have used and continue to use the trademarks identified on Schedule A to establish the provenance of trees on the property in suit, or other registered or common trademarks, on or in connection with the offer for sale, and

COMPLAINT FOR PLANT PATENT AND TRADEMARK INFRINGEMENT, COUNTERFEITING, FALSE DESIGNATION OF ORIGIN, UNFAIR COMPETITION, AND EQUITABLE RELIEF
Page 9 of 14

**STRATTON BALLEW** PLLC
1411 FOURTH AVE. STE. 850
SEATTLE, WASHINGTON 98101
TEL: (206) 682-1496 • FAX: (206) 682-0446

sale or assignment of interests in infringing trees, fruit and orchards planted with unlicensed, and therefore infringing trees, which trademark use falsely designates that those trees are duly licensed by and originated from or are approved, authorized by, or associated or affiliated with the owner of the trademarks in violation of 15 U.S.C. §§ 1114 and 1125(a).

28. Defendants' acts of infringement and false designation of origin have caused, and will continue to cause Plaintiffs damages in such amount as shall be proven at trial.

29. Defendants' acts of trademark infringement and false designation of origin are willful.

30. Plaintiffs are entitled to an award of lost profits, the profits of Defendant Peoples attributable to the infringement and false designation of origin, together with enhanced damages as permitted by law and injunctive relief in the form of destruction of infringing trees, as to all Defendants or in the alternative, statutory damages as permitted by 15 U.S.C. § 1117.

## THIRD CLAIM FOR RELIEF
### Washington Consumer Protection Act Violation

31. The unfair acts and practices of Defendants have impacted and will continue to impact the public interest, constitute repeated violations of intellectual property rights of the owners thereof, and will have a great likelihood of future

COMPLAINT FOR PLANT PATENT AND TRADEMARK INFRINGEMENT, COUNTERFEITING, FALSE DESIGNATION OF ORIGIN, UNFAIR COMPETITION, AND EQUITABLE RELIEF
Page 10 of 14

STRATTON BALLEW PLLC
1411 FOURTH AVE. STE. 850
SEATTLE, WASHINGTON 98101
TEL: (206) 682-1496 • FAX: (206) 682-0446

repetition, and therefore constitute a violation of the Washington Consumer Protection Act, R.C.W. 19.86.010 *et seq.*

32. Defendants' unfair acts and practices entitle Plaintiffs to all of the equitable and just remedies at law including injunctive relief, enhanced damages, costs of suit, and attorney's fees as allowed by R.C.W. 19.86.090. A copy of this Complaint has been supplied to the office of the Attorney General for the State of Washington, as required by RCW 19.86.095.

### FOURTH CLAIM FOR RELIEF
### Destruction of Trees

33. Defendants' infringement of the Plant Patent(s) and trademark(s) in suit has damaged and will continue to damage Plaintiff, and its assignors.

34. Pursuant to 35 U.S.C. § 283 and 15 U.S.C. § 1118, Plaintiffs are entitled to an award for injunctive relief in the form or an order compelling Defendants to destroy all infringing trees.

### PRAYER

Plaintiffs pray that judgment be entered as follows:

A. A preliminary and permanent injunction enjoining Defendants and their agents, employees and all other persons in active concert or participation with Defendant, from infringement of the '839 Plant Patent, 35 U.S.C. § 283, or any

COMPLAINT FOR PLANT PATENT AND TRADEMARK INFRINGEMENT,
COUNTERFEITING, FALSE DESIGNATION OF ORIGIN, UNFAIR
COMPETITION, AND EQUITABLE RELIEF
Page 11 of 14

STRATTON BALLEW PLLC
1411 FOURTH AVE. STE. 850
SEATTLE, WASHINGTON 98101
TEL: (206) 682-1496 • FAX: (206) 682-0446

1  other patent, and from infringement of the SCARLET SPUR® trademark or any
2  other trademark, 15 U.S.C. § 1116 and RCW 19.86.090;

3
4   B.   To deter continued infringement, an order of impoundment and order
5  that defendants Peoples and U.S. Bank destroy all infringing trees on the Property,
6  including the trees infringing the intellectual property identified in Schedule A, or
7  any other patent(s) or trademark(s) found to be infringing as permitted by 35
8  U.S.C. § 283 and 15 U.S.C. § 1118;

9
10  C.   A money judgment against Defendant Peoples pursuant to 35 U.S.C.
11 §§ 284 and 285 for damages in an amount of at least $6.50 for each tree that
12 infringes a patent in suit, or any other pertinent patent, or in such additional
13 amount as may be proven at trial adequate to compensate Plaintiffs for Defendants'
14 infringements of each plant patent in suit, together with treble damages and lost
15 profits, prejudgment interest thereon, and statutory costs;

16
17  D.   A money judgment against Defendant Peoples pursuant to 15 U.S.C. §
18 1117 and R.C.W. 19.86.090 for damages in an amount of not less than $6.50 for
19 each tree that infringes a trademark in suit, or any other trademark found to be
20 infringed, or in such amount as may be proven at trial, or in lieu thereof and profits
21 of Defendant Peoples attributable to the infringement, together with enhanced
22 damages for willful misappropriation as permitted by 15 U.S.C. § 1117 and
23 R.C.W. 19.86.090 and prejudgment interest thereon;

COMPLAINT FOR PLANT PATENT AND TRADEMARK INFRINGEMENT,
COUNTERFEITING, FALSE DESIGNATION OF ORIGIN, UNFAIR
COMPETITION, AND EQUITABLE RELIEF
Page 12 of 14

**STRATTON BALLEW** PLLC
1411 FOURTH AVE. STE. 850
SEATTLE, WASHINGTON 98101
TEL: (206) 682-1496 • FAX: (206) 682-0446

E. For an award of Plaintiffs' attorneys fees and costs against Defendant Peoples, under applicable statutes, including 37 U.S.C. § 285, 15 U.S.C. § 1117 and R.C.W. 19.86.090; and

F. For such other and further relief as the court deems just and equitable.

DATED December 8, 2004.

Respectfully submitted,

STRATTON BALLEW PLLC

By: _____
Rex B. Stratton, WSBA No. 1913
Patrick H. Ballew, WSBA No. 16969
Attorneys for Plaintiff

COMPLAINT FOR PLANT PATENT AND TRADEMARK INFRINGEMENT, COUNTERFEITING, FALSE DESIGNATION OF ORIGIN, UNFAIR COMPETITION, AND EQUITABLE RELIEF
Page 13 of 14

STRATTON BALLEW PLLC
1411 FOURTH AVE. STE. 850
SEATTLE, WASHINGTON 98101
TEL: (206) 682-1496 • FAX: (206) 682-0446